# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**STEVEN DAVIS,**
   *Plaintiff,*

 vs.

Members of the
**GOVERNMENTAL ETHICS COMMISSION,**
in their official capacities,
   *Defendants.*

Case No.  18-4022-DDC-KGS

---

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Steven Davis, *pro se*, and Defendants, the Members of the Governmental Ethics Commission, by and through counsel of record, hereby stipulate to the dismissal of this action without prejudice, each party bearing its own costs and fees. The parties request the Clerk of the Court close this case.

**/s/Steven Davis**

Steven Davis
*Plaintiff, Pro Se*
4100 W 24th Pl Apt E14
Lawrence, KS 66047
Cell: (913) 683-3719
Fax: (913) 273-0100
stevenxdavis@yahoo.com

By s/ Brett W. Berry
Brett W. Berry, KS SC #15026
General Counsel
Kansas Governmental Ethics
Commission
901 S. Kansas Ave.

Topeka, KS 66612
Telephone: (785) 296-4219
Fax: (785) 296-2548
E-mail: brett.berry@ks.gov
*Attorney for Kansas Governmental
Ethics Commission*